DANIEL G. BOGDEN
United States Attorney
District of Nevada

JUSTIN E. PINGEL
Assistant United States Attorney
Nevada State Bar No. 10186
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
justin.pingel@usdoj.gov

Attorneys for the United States.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CRYSTAL SUAREZ,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MERIDIAN PROPERTY SERVICES;<br>FRANCISCO ARCE, UNITED STATES OF<br>AMERICA; DOE individuals I through XX,<br>and ROE CORPORATIONS I through XX,<br><br>　　　　Defendants. | 2:14-cv-02100-JAD-GWF<br><br>Case No. ~~2:12-cv-02100-JAD-GWF~~ |

**MOTION FOR EXTENSION OF TIME**
**(First Request)**

　　The United States of America respectfully requests an extension of time to file a Joint Status Report herein.

　　　　In support of the instant Motion, the Federal Defendant submits the following:

　　1.　　This Motion is brought in order to accommodate the parties to this case.

　　2.　　Over the course of this week the parties exchanged a proposed Joint Status Report. However, the parties were unable to further discuss and finalize the Joint Status Report. The parties'

1

1  counsel intend to discuss and finalize the proposed Joint Status Report this Tuesday, January 20, 2015,
2  and file it with the Court shortly thereafter.  For this reason the parties request a brief extension to allow
3  them to finalize the Joint Status Report.
4      3.    The instant motion is filed in good faith and not for the purposes of delay.
5      WHEREFORE, for the above reasons, the United States respectfully requests the instant Motion
6  extending time until January 23, 2015, to file a Joint Status Report, be granted.
7      Respectfully submitted this 16th day of January 2015.

DANIEL G. BOGDEN
United States Attorney

 */s/ Justin E. Pingel*
JUSTIN E. PINGEL
Assistant United States Attorney

IT IS SO ORDERED:

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge
DATED: January 20, 2015

2

**PROOF OF SERVICE**

I, Justin E. Pingel, AUSA, certify that the following individual was served with the **MOTION FOR EXTENSION OF TIME** on this date by the below identified method of service:

**Electronic Case Filing:**

Steven Dimopoulos
Sigal Chattah
CHATTAH DIMOPOULOS
5875 South Rainbow Blvd., Suite 204
Las Vegas, Nevada 89118
sd@lawgroupcd.com

Attorneys for Plaintiff

Dated this 16th day of January 2015.

  /s/ Justin E. Pingel
JUSTIN E. PINGEL
Assistant United States Attorney

3